HOISTING MACHINERY COMPANY, Respondent, v. FEDERAL
      TERRA COTTA COMPANY, Appellant.

Reported below, 179 App. Div. 653, 926.
(Submitted February 25, 1918; decided March 5, 1918.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the first
judicial department, entered December 27, 1917, modify-
ing and affirming as modified a judgment in favor of
plaintiff entered upon a verdict in an action for goods
sold and delivered and for work, labor and services.

The motion was made upon the grounds that per-
mission to appeal had not been obtained and that the
appeal was taken merely for purpose of delay.

*E. J. Esselstyn* and *J. Ard Haughwout* for motion.
*William W. Niles* and *Madison Grant* opposed.

Motion denied, with ten dollars costs.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
      v. BURT L. GIDDINGS et al., Appellants.

*People* v. *Giddings,* 178 App. Div. 956, appeal dismissed.
(Submitted February 25, 1918; decided March 5, 1918.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the fourth
judicial department, entered June 8, 1917, affirming a
judgment in favor of plaintiff entered upon a verdict.

The motion was made upon the ground that the
affirmance by the Appellate Division was unanimous and
permission to appeal had not been obtained.

*Merton E. Lewis, Attorney-General,* for motion.
No one opposed.

Motion granted and appeal dismissed, with costs and
ten dollars costs of motion.